AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

Tamise McLaughlin, et al.

v.

City of New York, et al.

APPEARANCE

Case Number: 07CV06774(BSJ)(DFE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The City of New York & Commissioner Raymond Kelly
by: David M. Pollack, Assistant Corporation Counsel
New York City Department of Law
Special Federal Litigation Division
100 Church Street, Rm. 3-146
New York, NY 10007
(212) 788-1894

I certify that I am admitted to practice in this court.

September 11, 2007
Date

*signature*
Signature

David M. Pollack, ACC | DP/3873
Print Name | Bar Number

100 Church Street, Room 3-146
Address

New York, New York   10007
City   State   Zip Code

(212) 788-1894 | (212) 788-9776
Phone Number | Fax Number