



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

David M. Pollack
*Assistant Corporation Counsel*
*Special Federal Litigation Division*
Tel.: (212) 788-1894
Fax: (212) 788-9776

# MEMO ENDORSED

September 11, 2007

By Facsimile Transmission
(212) 805-6181
Honorable Douglas F. Eaton
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07

Re: Tamise McLaughlin et. al, v. City of New York, et al., 07 CV 06774 (BSJ)(DFE)

Dear Judge Eaton:

      I am the Assistant Corporation Counsel handling the defense of this action on behalf of Defendants City of New York and Commissioner Raymond Kelly.[1] I am writing to respectfully request a sixty-day enlargement of time from September 11, 2007 to November 12, 2007, within which this office may answer or otherwise respond to the complaint. The Law Office of Glenn A. Wolther, counsel for plaintiffs, consents to this request. This is the City's first request for an enlargement of time in this action.

      The complaint alleges, *inter alia*, that plaintiffs were subjected to unlawful search and false arrest. In addition to the City of New York and Commissioner Kelly, plaintiffs purport to name Police Officer Ramos as a defendant, as well as other unknown John Does. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to investigate the matter.

      Moreover, the enlargement will allow us to ascertain whether the individually named defendant has been served. If service has been effectuated then, pursuant to Section 50-k of the New York General Municipal Law, this office must determine, based on a review of the case, whether we may represent the individually named defendant. The individually named defendant must then decide whether he wishes to be represented by this office. If so, we must obtain his

---

[1] Although this office does not currently represent Detective Juancarlo Ramos, we respectfully request this extension of time on his behalf as well so that he is not prejudiced while representational issues are being resolved.

9/13/07 — I grant both of these requests.
                    Douglas F. Eaton

written authorization. Only after this procedure has been followed can we determine how to proceed in this case. In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until November 12, 2007.

Respectfully submitted,

David M. Pollack (DMP 3873)
Assistant Corporation Counsel

cc:  By Facsimile Transmission
     (212) 964-0763
     Glenn A. Wolther, Esq.
     Law Office of Glenn A Wolther
     305 Broadway, Suite 1102
     New York, New York 10007

2